# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03456-RM-NYW

LAURA HOPPER,

    Plaintiff,

v.

RE/MAX PROPERTIES, INC.,
JEFF RYDER,
JODY ROMNEY,
AMY LASSEN,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    IT IS ORDERED that, pursuant to the Parties' oral statements at the Scheduling Conference held today, March 17, 2015 at 10:00 a.m.:

1. The Amended Complaint filed February 11, 2015 [#19] supersedes the Complaint filed December 23, 2014 [#1];

2. The Motion to Dismiss filed January 21, 2015 [#8] is DENIED as MOOT; and

3. The Motion to Dismiss filed February 10, 2015 [#15] is DENIED as MOOT.

DATED: March 17, 2015