# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03456-RM-NYW

LAURA HOPPER

    Plaintiff,

v.

RE/MAX PROPERTIES, INC. a Colorado corporation, JEFF RYDER, JODY ROMNEY, And AMY LASSEN, individuals,

    Defendants.

## NOTICE OF WITHDRAWAL AS ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Sara A. Green, Esq. and Andrew C. Quisenberry, Esq., the undersigned attorneys for Plaintiff, provide this Notice of Withdrawal as attorneys of record and affirm the court, the client, and all other attorneys of record:

1. The client retained Bachus & Schanker, L.L.C.

2. Elwyn F. Schaefer, Esq., co-counsel on this case, is no longer Of Counsel at Bachus & Schanker, LLC. and is now Special Counsel at Pendleton, Wilson, Hennessey & Crow, P.C.

3. Plaintiff elected to remain the client of Elwyn F. Schaefer, Esq. Therefore, Sara A. Green, Esq. and Andrew C. Quisenberry, Esq. are filing this Notice of Withdrawal.

DATED this 14th day of April, 2015.

|  | Respectfully submitted, |
|---|---|
| /s/ Sara A. Green | /s/ Andrew C. Quisenberry |
| Sara A. Green, Esq.<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, Colorado 80202<br>Phone Number: (303) 893-9800<br>Sara.green@coloradolaw.net | Andrew C. Quisenberry, Esq.<br>Bachus & Schanker, LLC<br>1899 Wynkoop Street, Suite 700<br>Denver, Colorado 80202<br>Phone Number: (303) 893-9800<br>Andrew.quisenberry@coloradolaw.net |

## CERTIFICATE OF SERVICE

I certify that on this 14th day of April, 2015, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL AS ATTORNEYS OF RECORD was served via CM/ECF to the following:

| | |
|---|---|
| CORNISH & DELL'OLIO, P.C. | PENDLETON, WILSON, HENNESSEY & CROW, P.C. |
| Ian D. Kalmanowitz<br>431 N. Cascade Avenue, Suite 1<br>Colorado Springs, CO 80903<br>719-475-1204<br>ikalmanowitz@cornishanddellolio.com | Elwyn F. Schaefer<br>1875 Lawrence Street, 10th Floor<br>Denver, CO 80202<br>303-839-1204<br>eschaefer@pwhclaw.com |
| Attorney for Defendant | Attorney for Plaintiff |

/s/ Sharon Alleyne

Sharon Alleyne, Paralegal

I certify that on this 14th day of April, 2015, a true and correct copy of the foregoing NOTICE OF WITHDRAWAL AS ATTORNEYS OF RECORD was emailed to Defendant Jeff Ryder to the following address:

Jeff Ryder
jryderteam@gmail.com

/s/ Sharon Alleyne

Sharon Alleyne, Paralegal

3