IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03456-RM-NYW

LAURA HOPPER,

    Plaintiff,

v.

RE/MAX PROPERTIES, INC.,
JEFF RYDER,
JODY ROMNEY, and
AMY LASSEN,

    Defendants.

---

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Parties' Joint Motion to Amend the Scheduling Order [#48] which was referred to this Magistrate Judge pursuant to the Order of Reference dated January 27, 2015 [#13] and the Memorandum dated August 17, 2014 [#49]. Based on the Parties' representations in the Joint Motion to Amend Scheduling Order, IT IS ORDERED that:

    (1)    The Parties' Joint Motion to Amend the Scheduling Order [#48] is **GRANTED** and discovery is **STAYED** until November 12, 2015;

    (3)    The remaining deadlines set in the Scheduling Order, including the deadline for discovery currently set for September 20, 2015; the deadline for dispositive motions currently set for October 17, 2015 and the Final Pretrial Conference currently set for December 21, 2015 are **VACATED**;

    (4)    Counsel for the Parties will submit a Joint Status Report on or before **November 12, 2015**, addressing Plaintiff's ability to proceed with discovery; the remaining discovery to be completed; and a proposed schedule for the completion of discovery and the filing of dispositive motions;

    (5)    A Status Conference is set for this matter on November 19, 2015 at 10:30 a.m. in Courtroom C-204 of the Byron G. Rogers United States Courthouse, Denver, Colorado 80294. The Parties are reminded that anyone seeking access to the courthouse must present valid identification. D.C.COLO.LCivR 83.2.

DATED: August 17, 2015