IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 14-cv-03456-NYW | Date: November 19, 2015 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| LAURA HOPPER, | *Jennifer C. Robinson* |
| **Plaintiff,** | |
| v. | |
| RE/MAX PROPERTIES, INC., | *Ian David Kalmanowitz* |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE AND MOTION HEARING**

Court in Session: 10:33 a.m.

Appearance of counsel.

Argument and discussion held regarding Plaintiff's Motion for Leave to File Second Amended Complaint [56] filed October 12, 2015.

**ORDERED: Plaintiff's Motion for Leave to File Second Amended Complaint [56] is TAKEN UNDER ADVISEMENT.**

Discussion held regarding Joint Status Report [61] filed November 11, 2015.

The following deadlines will govern the remainder of the case:

Non-retained testifying treating medical providers, and the anticipated subject of their testimony, shall be identified on or before February 29, 2016. No reports are required as of this date.

Fact discovery deadline: March 31, 2016

Deadline for dispositive motions: May 2, 2016

Deadline for affirmative expert reports or any disclosure required by Rule 26(a)(2): June 24, 2016. Deadline for responsive expert reports or any disclosure required by Rule 26(a)(2): July 22, 2016. Expert discovery cut-off: August 22, 2016.

A Final Pretrial Conference is set for September 8, 2016, at 10:00 a.m. The parties shall submit their proposed pretrial order, including a copy of the proposed order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before September 1, 2016.

   Court in Recess: 10:56 a.m.          Hearing concluded.          Total time in Court: 00:23

 * To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

[Type text]